FILED

05/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0097

# IN THE SUPREME COURT OF THE STATE OF MONTANA

JOHN O. MILLER,

        Plaintiff/Appellant,

vs.

STATE OF MONTANA,
MONTANA BOARD OF
PARDONS AND PAROLE,

        Defendant/Appellee.

**Case No. DA 20-0097**

**ORDER**

Appellee Montana Board of Pardons and Parole filed an *Unopposed Motion to Supplement the Record*, and good cause appearing therefor;

IT IS HEREBY ORDERED that said motion is GRANTED. The record on appeal at (D.C. Doc. 91, Ex. G) is supplemented to include the paper transcript of Appellant's February 2018 parole hearing.

Electronically Signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 19 2020